THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**
**DEC 13 2010**
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>  By The United States Attorney<br>    For the District of Columbia<br>    555 4th Street, N.W.<br>    Washington, D.C. 20530<br><br>        Plaintiff,<br><br>v.<br><br>SPEQTRUM, INC.<br>  D/B/A SPEQTRUM HEALTH CARE<br>    SERVICES<br>    14434 Colonel Fenwick Court,<br>    Upper Marlboro, MD 20772<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case: 1:10-cv-02111
Assigned To : Kennedy, Henry H.
Assign. Date : 12/13/2010
Description: TRO/PI

## COMPLAINT

Comes now the Plaintiff United States of America, by and through undersigned counsel, and respectfully states as follows:

1. This is an action brought by Plaintiff United States of America against Speqtrum Inc. and Speqtrum Health Care Services (hereinafter collectively referred to as Speqtrum) for treble damages, actual damages, a application for attachment, a temporary restraining order, preliminary and permanent injunctions, and other equitable relief pursuant to the False Claims Act, as amended, 31 U.S.C. §§ 3729-3733, Health Care Fraud, 18 U.S.C. §1345, and the Federal Debt Collection Procedure Act, 28 U.S.C. §§3001, et seq. Speqtrum, a home health care provider, knowingly submitted fraudulent claims for services not rendered or services not authorized to render to the District of Columbia's Medicaid Program (D.C. Medicaid) of at least $1,840,724.92.

## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction over this action pursuant to 18 U.S.C. 1345, 31 U.S.C. §§ 3730 and 3732, and 28 U.S.C. §§ 1331, 1345 and 3101.

3. This Court has personal jurisdiction over Defendant pursuant to 31 U.S.C. §3732(a) because Defendant submitted false Medicaid claims and is found in this District.

4. Venue is proper in this District pursuant to 31 U.S.C. §3732(a), and under 28 U.S.C. §§1391(b) and (c) and 1395(a), and because acts proscribed by 31 U.S.C. § 3729, which are complained of herein, occurred within this District.

## THE PARTIES

5. The plaintiff is the United States of America.

6. The Defendant is Speqtrum, Inc., a District of Columbia Medicaid home health care agency operating under provider number 035685700 (State Program) and 035549600 (Waiver Program). Speqtrum, Inc. is a Maryland corporation that lists its principle address as 14434 Col. Fenwick Court, Upper Marlboro, MD 20772. Speqtrum, Inc. is registered in the District of Columbia under the name "Speqtrum Inc." as a foreign business corporation under the laws of the District of Columbia and lists its District of Columbia business address as 3019 Georgia Avenue NW, Washington, DC 20001.

7. Speqtrum, Inc. does business in the District of Columbia as "Speqtrum, Inc.," and "Speqtrum Health Care Services" interchangeably as an identical business entity.

## FACTUAL ALLEGATIONS

A.  **The Medicaid Program**

8.  Created under Title XIX of the Social Security Act, 42 U.S.C. §§ 1396 et seq., Medicaid provides medical services to eligible individuals with income too low to meet their medical needs such as those with dependent children or those who are aged, blind, or disabled.

9.  Medicaid is managed by states and funded by the federal and state governments. States provide medical assistance and related services through Medicaid to eligible individuals. The Centers for Medicare and Medicaid Services (CMS) a component of the United States Department of Health and Human Services (HHS), administers Medicaid on the federal level. States determine individual Medicaid eligibility within federal rules, services covered, payment levels for services, and administration and operation procedures. Medicaid operates as a vendor payment program- states pay providers directly and obtain the federal share from accounts which draw on funds of the United States Treasury.

10.  The District of Columbia participates in the Medicaid Program. At all times relevant to this complaint, the United States provided funds to the District of Columbia through the Medicaid program, pursuant to Title XIX of the Social Security Act. The federal government share for the District of Columbia Medicaid Program amounts to approximately seventy percent of the DC Medicaid's funds. 42 CFR §§ 430.0- 430.30.

11.  Among other services, DC Medicaid pays for home healthcare services to eligible Medicaid recipients through enrolled healthcare service providers. Enrolled providers of medical services to Medicaid recipients are eligible for reimbursement for covered services under the provisions of Title XIX of the 1965 Amendments to the Federal Social Security Act. By becoming a participating provider in Medicaid, enrolled providers agree to abide by the rules,

3

regulations, policies and procedures governing reimbursement, and to keep and allow access to records and information as required by Medicaid. In order to receive Medicaid funds, enrolled providers, together with authorized agents, employees, and contractors are required to abide by all the provisions of the Social Security Act, the regulations promulgated under the Act, and applicable policies and procedures issued by the District of Columbia.

12. At all times relevant to this complaint, Speqtrum was a participating Medicaid provider and submitted claims for reimbursement to DC Medicaid.

**B. The Scheme to Defraud**

13. As set forth below, the Defendant knowingly submitted, caused to be submitted, and/or facilitated submission of false and/or fraudulent claims for services not rendered or services not authorized by a physician through invoices made to the District of Columbia's Medicaid Program ("D.C. Medicaid") in violation of the False Claims Act, 31 U.S.C. § 3729.

**Dept. of Health Care Finance Audit**

14. In May of 2009, members of the Department of Health Care Finance – Utilization Management Unit (DHCF-UMU) conducted an on-site audit of Speqtrum's office located at 3019 Georgia Avenue NW, Washington, DC 20001. DHCF-UMU randomly selected for examination the patient files of approximately 220 different recipients of Speqtrum care for the billing period between October 1, 2005 and April 24, 2009.

15. The billing analysis by DHCF-UMU revealed that 208 of the 220 recipient files examined had insufficient documentation to support Speqtrum's claims for payment to D.C. Medicaid, had no authorization from a physician to render services for the recipients, or had recorded hours of services actually provided in an amount far below that billed by Speqtrum to

D.C. Medicaid.

16.     Below is a summary chart that outlines the financial loss incurred by D.C. Medicaid as identified by the 2009 audit for each Medicaid Recipient:

|          |             |
| -------- | ----------- |
| 70530945 | $1,005.56   |
| 70437420 | $125.00     |
| 70249747 | $391.68     |
| 70249747 | $1,109.48   |
| 70266098 | $4,634.60   |
| 70288962 | $1,016.68   |
| 70288962 | $125.00     |
| 70046545 | $13,185.44  |
| 70510315 | $846.00     |
| 70510315 | $4,156.50   |
| 70214645 | $2,217.84   |
| 70214645 | $500.00     |
| 70350046 | $5,352.96   |
| 70141342 | $2,853.36   |
| 70137545 | $625.00     |
| 70137545 | $33,811.74  |
| 70425082 | $2,573.40   |
| 70200378 | $2,741.76   |
| 70086990 | $11,156.60  |
| 70101447 | $3,982.08   |
| 70101440 | $250.00     |
| 70101910 | $4,960.72   |
| 70125138 | $2,088.96   |
| 70625765 | $500.00     |
| 70625765 | $18,908.96  |
| 70211942 | $4,094.40   |
| 70211942 | $7,832.88   |
| 70332729 | $260.00     |
| 70061317 | $1,816.24   |
| 70101057 | $17,607.88  |
| 70620558 | $6,222.40   |
| 70405807 | $195.00     |
| 70405807 | $6,364.08   |
| 70405804 | $3,623.04   |

| | |
|---|---|
| 70101619 | $9,697.20 |
| 70107119 | $6,593.00 |
| 70486867 | $44,651.52 |
| 70087147 | $17,168.24 |
| 70559729 | $15,142.16 |
| 70559729 | $125.00 |
| 70543067 | $1,058.60 |
| 70543067 | $22,324.08 |
| 70033531 | $715.00 |
| 70033531 | $5,069.40 |
| 70033531 | $70,767.24 |
| 70177231 | $125.00 |
| 70175886 | $125.00 |
| 70110577 | $21,541.28 |
| 70110577 | $500.00 |
| 70061906 | $125.00 |
| 70061096 | $500.00 |
| 70185061 | $500.00 |
| 70485459 | $2,022.84 |
| 70156561 | $1,370.88 |
| 70156561 | $2,610.64 |
| 70457562 | $28,917.64 |
| 70543244 | $2,271.20 |
| 70543244 | $13,249.88 |
| 70543244 | $3,911.24 |
| 70013231 | $125.00 |
| 70164304 | $44,097.20 |
| 70164304 | $1,468.08 |
| 70164304 | $42,929.00 |
| 70130526 | $31,201.60 |
| 70596586 | $125.00 |
| 70222485 | $625.00 |
| 70222485 | $4,764.60 |
| 70531712 | $9,138.08 |
| 70035344 | $12,864.92 |
| 70104046 | $891.68 |
| 70383402 | $10,574.80 |
| 70020058 | $978.92 |
| 70543140 | $6,196.04 |
| 70543140 | $47,195.30 |
| 70417554 | $5,885.20 |
| 70417554 | $476.00 |

| | |
|---|---|
| 70104525 | $5,873.52 |
| 70206850 | $125.00 |
| 70040607 | $15,781.08 |
| 70000231 | $4,508.40 |
| 70000231 | $12,271.52 |
| 70111797 | $11,032.04 |
| 70447507 | $14,833.80 |
| 70447507 | $4,372.36 |
| 70398564 | $2,611.20 |
| 70062365 | $5,805.72 |
| 70153895 | $2,517.24 |
| 70111985 | $520.00 |
| 70111985 | $13,431 |
| 70145391 | $5,412.68 |
| 70516973 | $4,980.20 |
| 70112084 | $1,175.04 |
| 70284942 | $16,381.20 |
| 70547365 | $1,272.50 |
| 70223012 | $456.12 |
| 70034917 | $2,470.00 |
| 70366475 | $7,082.88 |
| 70130803 | $21,464.52 |
| 70333394 | $391.20 |
| 70333855 | $2,505.00 |
| 70333855 | $65.00 |
| 70333855 | $500.00 |
| 70545841 | $5,315.85 |
| 70545841 | $101.82 |
| 70545841 | $27,937.60 |
| 70545841 | $7,275.76 |
| 70112913 | $375.00 |
| 70228666 | $44,743.16 |
| 70276973 | $33,784.96 |
| 70276973 | $125.00 |
| 70112784 | $500.00 |
| 70112784 | $625.00 |
| 70551044 | $3,187.80 |
| 70551044 | $4,632.06 |
| 70637141 | $2,023.40 |
| 70312030 | $65.00 |
| 70565014 | $7,766.00 |
| 70565014 | $10,898.12 |

| | |
|---|---|
| 70116597 | $13,317.12 |
| 70116597 | $750.00 |
| 70175566 | $6,201.60 |
| 70262272 | $16,964.48 |
| 70153044 | $2,741.76 |
| 70119367 | $15,204.68 |
| 70119367 | $4,045.68 |
| 70119367 | $16,855.60 |
| 70455908 | $780.00 |
| 70455908 | $625.00 |
| 70455908 | $4,176.80 |
| 70455908 | $250.00 |
| 70198265 | $625.00 |
| 70198265 | $68,284.36 |
| 70431310 | $8,139.20 |
| 70017447 | $28,825.96 |
| 70017447 | $16,243.62 |
| 70123942 | $9,073.08 |
| 70261224 | $1,436.16 |
| 70299406 | $125.00 |
| 70185548 | $6,528.00 |
| 70252399 | $6,070.48 |
| 70472508 | $5,875.20 |
| 70603559 | $816.00 |
| 70346783 | $7,311.36 |
| 70346783 | $4,047.36 |
| 70015785 | $2,180.60 |
| 70394303 | $500.00 |
| 70122771 | $3,131.76 |
| 70309916 | $11,553.72 |
| 70516181 | $978.92 |
| 70382163 | $7,310.26 |
| 70190046 | $16,188.04 |
| 70491898 | $2,279.24 |
| 70582942 | $500.00 |
| 70098949 | $652.80 |
| 70114490 | $16,082.80 |
| 70114490 | $2,542.82 |
| 70173525 | $325.00 |
| 70508786 | $14,556.60 |
| 70508786 | $4,959.60 |
| 70508786 | $52,841.40 |

| | |
|---|---|
| 70035113 | $2,799.48 |
| 70152702 | $125.00 |
| 70114872 | $1,305.60 |
| 70118314 | $1,305.04 |
| 70072158 | $520.00 |
| 70115165 | $9,985.32 |
| 70146042 | $375.00 |
| 70531266 | $5,482.96 |
| 70144699 | $17,101.68 |
| 70286882 | $3,252.88 |
| 70117379 | $625.00 |
| 70131109 | $4,177.92 |
| 70131109 | $625.00 |
| 70524091 | $10,118.12 |
| 70524091 | $46,347.12 |
| 70118828 | $13,969.36 |
| 70471160 | $875.00 |
| 70471160 | $1,305.60 |
| 70292259 | $391.68 |
| 70543067 | $32,312.16 |
| 70543067 | $390.00 |
| 70201199 | $7,960.80 |
| 70638203 | $1,941.72 |
| 70479139 | $11,439.68 |
| 70479139 | $8,315.96 |
| 70330957 | $500.00 |
| 70242270 | $22,748.40 |
| 70242270 | $391.68 |
| 70455743 | $6,917.44 |
| 70032538 | $4,830.16 |
| 70104545 | $1,175.04 |
| 70206842 | $5,739.08 |
| 70121289 | $2,088.28 |
| 70573236 | $625.00 |
| 70288916 | $3,655.68 |
| 70116756 | $500.00 |
| 70160999 | $13,599.76 |
| 70160999 | $60,912.60 |
| 70201779 | $125.00 |
| 70418538 | $7,050.24 |
| 70033028 | $1,827.84 |
| 70086279 | $7,311.36 |

| | |
|---|---|
| 70117785 | $32,537.96 |
| 70116992 | $4,977.24 |
| 70103754 | $13,968.80 |
| 70117080 | $6,653.00 |
| 70038058 | $5,091.84 |
| 70019819 | $96.00 |
| | |
| Total | $1,733,216.99 |

17.     The billing analysis by DHCF-UMU revealed that the resulting loss to D.C. Medicaid from the 208 recipient files amounted to $1,733,216.99.

**FBI/HHS/DC Joint Review**

18.     A separate review, conducted by the Federal Bureau of Investigation (FBI), the Department of Health and Human Services (HHS), Office of the Inspector General (HHS-OIG), the District of Columbia Medicaid Fraud Control Unit (DC MFCU), and the D.C. Medicaid, randomly chose twenty recipients of Speqtrum services allegedly rendered eight hours a day, seven days a week during 2007-09. Those recipients were interviewed by Special Agents of the FBI to determine if the recipients were, in fact, receiving the home health care charged to D.C. Medicaid by Speqtrum.

19.     The review found that fifteen of the twenty recipients did not, in fact, receive home health care seven days a week, as billed by Speqtrum. Most recipients related that they were provided services five days a week, as opposed to the seven days charged by Speqtrum. Other recipients advised the interviewing Special Agent that they were not being provided any services by Speqtrum. For example, one recipient advised the Special Agent that he did not receive any home health care services, nor did he have any health problems that would require the assistance of home health care services; and another recipient related that she was receiving home health care

10

through another provider, and that Speqtrum was not providing her any services.

20. Below is a summary chart that outlines the financial loss incurred by D.C. Medicaid for the fifteen (15) individuals interviewed:

| Medicaid Recipient Number | Loss to Medicaid |
|---|---|
| 70124746 | $7,213.44 |
| 70101440 | $3,133.44 |
| 70426826 | $10,812.00 |
| 70171328 | $913.92 |
| 70087670 | $4,749.12 |
| 70164018 | $4,341.12 |
| 70101057 | $9,987.84 |
| 70101402 | $12,337.92 |
| 70279070 | $13,969.92 |
| 70245232 | $5,483.52 |
| 70175452 | $6,266.88 |
| 70224713 | $1,827.84 |
| 70110557 | $4,569.50 |
| 70067849 | $19,714.59 |
| 70290803 | $4,047.36 |
| **Total** | **$109,368.41** |

21. The review by FBI/HHS/DC revealed that the resulting loss to D.C. Medicaid from the 15 recipient files amounted to a loss of at least $109,368.41 in payments for services not rendered.

21. A comparison between the two governmental reviews found that only one Medical Recipient file overlapped between the DHCF-UMU audit and the FBI/HHS/DC review. Accordingly, to avoid duplication, the loss connected to this recipient has been adjusted down $8,127.36, resulting in a total loss to the United States in the amount of $1,840,724.92.

## CAUSES OF ACTION

11

**Count I: False Claims**

22. Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as if set forth fully herein.

23. By virtue of the acts set forth above, Defendant knowingly presented, or caused to be presented, false or fraudulent claims to the United States for payment, in violation of 31 U.S.C. § 3729(a)(1); that Defendant caused the false or fraudulent claims to be approved and paid by the United States, in violation of 31 U.S.C. § 3729(a)(1); that the United States has currently incurred damages of at least $1,840,724.92; and that the United States is entitled to three times the amount by which it is damaged, plus a civil penalty of $5,500 to $11,000 for each false claim presented or caused to be presented.

**Count II: False Certification**

24. Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as if set forth fully herein.

25. By virtue of the acts set forth above, Defendant knowingly presented, or caused to be presented, false or fraudulent certifications to the United States, in violation of 31 U.S.C. §3729(a)(1); that Defendant caused the false or fraudulent claims to be approved and paid by the United States; that the United States incurred damages in an amount to be determined at trial; and that the United States is entitled to three times the amount by which it is damaged, plus a civil penalty of $5,500 to $11,000 for each false claim presented or caused to be presented.

**Count III: False Record or Statement Material to a False or Fraudulent Claim**

26. Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as if set forth fully herein.

27. By virtue of the acts set forth above, Defendant knowingly made, used, or cause to be made or used a false record or statement material to a false or fraudulent claim in violation of 31 U.S.C. § 3729(a)(1); that the United States has incurred and is incurring damages in an amount to be determined at trial; and that the United States is entitled to three times the amount by which it is damaged, plus a civil penalty of $5,500 to $11,000 for each false claim presented or caused to be presented.

**Count IV: Injunctive Relief**

28. Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as if set forth fully herein.

29. Defendant presented or caused to be presented false and fraudulent claims upon the United States and committed a Federal health care offense, as defined in 18 U.S.C. § 24, by presenting or causing to be presented, false fictitious and fraudulent claims to the United States. Defendant's claims to the United States were violations of 18 U.S.C. § 1035, False Statements Relating to Health Care Matters, and 18 U.S.C. § 1347, Health Care Fraud.

30. Because the Defendant is currently seeking to obtain $4.5 million from the possession of D.C. Medicaid for its prior false and/or fraudulent conduct, Defendant's conduct constitutes a continuing and substantial injury to the United States and its citizens.

31. The United States brings this action to protect Medicaid funds by restraining Defendant's unlawful false/fraudulent conduct; to protect and restrain the transfer of funds and assets now in D.C. Medicaid and Defendant's hands as improper gains from its fraud upon the

Medicaid program; and to protect and restrain the transfer of funds and assets for the payment and/or settlement of claims of the United States.

32. Upon a showing that Defendant is committing a Federal health care offense, the United States is entitled to a temporary restraining order, a preliminary injunction, and a permanent injunction, under 18 U.S.C. § 1345(a)(1), restraining all future fraudulent conduct and any other action which this Court finds justly should be enjoined to prevent a continuing and substantial injury to the United States.

33. The United States is also entitled to a temporary restraining order, a preliminary injunction, and a permanent injunction, under 18 U.S.C. § 1345(a)(2), to bar the Defendant from alienating, disposing, withdrawing, transferring, removing or dissipating any monies traceable to the Federal health care violation, or of property of equivalent value.

**Count V:   Federal Debt Collections Procedures Act, 28 U.S.C. §§ 3001-3301**

34. Plaintiff incorporates by reference the allegations set forth in the preceding paragraphs as if set forth fully herein.

35. Defendant has presented or caused to be presented claims for payment to the United States knowing such claims were false, fictitious, or fraudulent, or with reckless disregard or deliberate ignorance of the truth or falsity of the claims.

36. By seeking control and custody of funds in the possession of D.C. Medicaid, and removal of the funds from the District of Columbia or from the control or jurisdiction of this Court, Defendant has or is about to assign, dispose, remove, conceal, ill treat, waste, or destroy property with the effect of hindering, delaying, or defrauding the United States.

37. The United States is entitled to prejudgment remedies on a claim for a debt, certain

pre-judgment discovery and remedies such as attachment, receivership, garnishment and sequestration; post-judgment liens and garnishments, and the setting aside of fraudulent transfers.

### PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against the Defendant as follows:

A.   Judgment against Defendant in treble damages sustained by Plaintiff for each Count, a total still to be determined;

B.   Civil penalties as are allowable by law;

C.   Issue a temporary restraining order and an injunction enjoining and barring Speqtrum, its agents, employees, and all persons in active concert or participating with it:

1.   from defrauding any health care benefit program and/or from obtaining, by means of a false or fraudulent representation, any money under the custody or control of any health care benefit program;

2.   from using the mails or causing use of the mails to fraudulently obtain payments from health care insurers;

3.   from accepting, transferring, alienating, encumbering and/or disposing of, or otherwise taking any action with respect to monies received from the health care insurers, Medicaid, the United States or financial institutions as a result of its fraudulent scheme;

4.   from failing to maintain business, financial, patient, and accounting records;

5.   from disposing of business, financial, patient and accounting records or from altering in any way the same described records;

15

6. from withdrawing or transferring any money or sums presently deposited, or held on any of the Defendant's behalf by any financial institution, trust fund, brokerage agency or other financial agency, public or private; except that the Defendant may petition the Court, provided, however, that the Defendant produce to the Court and the United States a verified disclosure of all assets and liabilities;

7. from withdrawing or transferring any money or sums presently deposited, or held on any of the Defendant's behalf by the District of Columbia and D.C. Medicaid; and

8. from transferring, selling, assigning, dissipating, concealing, encumbering, impairing, or otherwise disposing of, in any manner, assets in real or personal property, owned, gained or acquired by Defendant from transferring, selling, assigning, dissipating, concealing, encumbering, impairing, or otherwise disposing of, in any manner, assets in real or personal property, owned, gained or acquired by Speqtrum, including but not limited to the property located at 3019 Georgia Avenue NW, Washington, DC 20001; and preventing financial institutions, brokers, agents, and/or other entities having possession or control of Defendant's any such assets from disposing of or transferring such assets from the time of service on them of a copy the Temporary Restraining Order;

D. The cost of this action, plus interest, as provided by law; and

E. Such other relief as this Court may deem just and proper.

Respectfully submitted,

RONALD C. MACHEN JR., D.C. Bar # 447889
United States Attorney

RUDOLPH   CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

DARRELL C. VALDEZ, D.C. Bar # 420232
Assistant United States Attorney
Judiciary Center Building
555 4th St., N.W., Civil Division
Washington, D.C.   20530
(202) 307-2843

17