

**Rita Grant Ndirika, Esquire**
**Grant Law Office**
**7003 Innsfield Court**
**Lanham, MD 20706**
**(202) 438-5122 (tel)**
**(240) 764-8883 (fax/tel)**
**grant_law@comcast.net**

January 09, 2012
Invoice Number: 1031

Ms Pauline Nnawuba RN
President
Speqtrum Home Health Care Inc.
2019 Georgia Avenue, N.W.
Washington, D.C., DC 20001

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| | **Previous Balance** | | | | **$0.00** |
| 16/12/2010 | T/C AUSA Valdez re Appt. To Accept Service of Civil FCA Complaint | 0.08 | $300.00 | $0.00 | $25.00 |
| 16/12/2010 | T/C DHCF General Counsel re T/C AUSA Valdez re FCA Case | 0.08 | $300.00 | $0.00 | $25.00 |
| 16/12/2010 | T/C/W Mr. Valdez re Complaint and DHCF Cases/Settlement | 0.08 | $300.00 | $0.00 | $25.00 |
| 16/12/2010 | T/C/W Mr. Valdez re Complaint and DHCF Cases/Settlement | 1.08 | $300.00 | $0.00 | $325.00 |
| 17/12/2010 | Research Federal Enforcement of State Medicaid Settlement re FCA Case | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 17/12/2010 | Respond To Email From Speqtrum re Valdez Contact Shook Hardy Bacon | 0.08 | $300.00 | $0.00 | $25.00 |
| 17/12/2010 | Review Email From Speqtrum re Valdez Contact Shook Hardy Bacon | 0.08 | $300.00 | $0.00 | $25.00 |
| 17/12/2010 | T/C DHCF General Counsel re T/C AUSA Valdez re FCA Case | 0.25 | $300.00 | $0.00 | $75.00 |
| 20/12/2010 | Mtg w/ AUSA Valdez re Appt. To Accept Service of Civil FCA Complaint | 1.50 | $300.00 | $0.00 | $450.00 |
| 20/12/2010 | Parking re Mtg at USAtty Office to Accept Service of FCA Complaint | | | $0.00 | $22.00 |
| 20/12/2010 | Review Complaint and Related FCA Documents Filed | 1.00 | $300.00 | $0.00 | $300.00 |
| 20/12/2010 | T/C AUSA Valdez re Appt. To Accept Service of Civil FCA Complaint | 1.00 | $300.00 | $0.00 | $300.00 |
| 20/12/2010 | T/C/W Mr. Valdez re Complaint and DHCF Case/Settlement | 0.92 | $300.00 | $0.00 | $275.00 |
| 20/12/2010 | T/C/W Ms. Nnnawuba to Discuss Federal FCA Complaint | 1.50 | $300.00 | $0.00 | $450.00 |
| 22/12/2010 | Review Complaint and Related FCA Documents Filed | 0.50 | $300.00 | $0.00 | $150.00 |
| 22/12/2010 | T/C/W Ms. Nnnawuba to Discuss Federal FCA Complaint | 0.50 | $300.00 | $0.00 | $150.00 |
| 27/12/2010 | Draft Timeline and Summary of Case Events For TRO Hearing Fed Ct | 2.00 | $300.00 | $0.00 | $600.00 |
| 27/12/2010 | Research Federal Debt Collection Procedures Act re FCA Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 27/12/2010 | Review Case Law re Federal Attachments of Monies re FCA | 2.00 | $300.00 | $0.00 | $600.00 |
| 27/12/2010 | Review Case Law re Standards for Prelim/Permanent Injunctions | 2.00 | $300.00 | $0.00 | $600.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 27/12/2010 | Review Case Law re Standards for TRO in D.C. Circuit | 1.50 | $300.00 | $0.00 | $450.00 |
| 30/12/2010 | Research Comity Doctrine and Full Faith Credit Caselaw Fed Circuits | 2.50 | $300.00 | $0.00 | $750.00 |
| 30/12/2010 | Review Privilege and Fifth Amendment Issues re TRO Hearing | 2.25 | $300.00 | $0.00 | $675.00 |
| 01/01/2011 | Lexis and CCH Connection Fees | | | $0.00 | $600.00 |
| 02/01/2011 | Review/Download U.S. Sup Ct. Case Comity 516 U.S. 367 | 1.00 | $300.00 | $0.00 | $300.00 |
| 03/01/2011 | Attend TRO Hearing | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 03/01/2011 | Attend TRO Hearing Continuation Proceeding | 1.00 | $300.00 | $0.00 | $300.00 |
| 03/01/2011 | Parking re TRO Hearing Continuation Fed Cthouse | | | $0.00 | $22.00 |
| 03/01/2011 | Parking re TRO Hearing Fed Cthouse | | | $0.00 | $22.00 |
| 03/01/2011 | T/C /W Ms. Nnawuba re TRO Hearing Debrief and Plan Ahead | 1.50 | $300.00 | $0.00 | $450.00 |
| 03/01/2011 | Travel to/from Federal Courthouse TRO Hearing | 2.00 | $300.00 | $0.00 | $600.00 |
| 03/01/2011 | Travel to/from TRO Continuation Hearing | 2.00 | $300.00 | $0.00 | $600.00 |
| 05/01/2011 | Review/Download Govt Email re TRO, Prelim Injuction, Attachs, et al. | 1.00 | $300.00 | $0.00 | $300.00 |
| 07/01/2011 | Consult w/criminal counsel re potential engagement in civil FCA case | 0.50 | $300.00 | $0.00 | $150.00 |
| 07/01/2011 | Draft Answer To FCA Complaint | 1.00 | $300.00 | $0.00 | $300.00 |
| 09/01/2011 | Email to Govt re Mtg Jan 10, 2011 | 0.08 | $300.00 | $0.00 | $25.00 |
| 10/01/2011 | ECF Filing/Review re Notice of Appearance re Speqtrum, Inc. | 0.17 | $300.00 | $0.00 | $50.00 |
| 10/01/2011 | Emails to/from Govt re reschedule Mtg Jan 10, 2011 | 0.17 | $300.00 | $0.00 | $50.00 |
| 17/01/2011 | T/C/W/ Ms. Nnawuba re Service of DOJ Complaint | 0.08 | $300.00 | $0.00 | $25.00 |
| 18/01/2011 | Review/Download 2005 San Remo Sup Ct Comity Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 18/01/2011 | Review/Download 2009 FCA Comity Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 18/01/2011 | Review/Download 2010 Comity Case Boone v. Mountainmade Foundation | 1.00 | $300.00 | $0.00 | $300.00 |
| 18/01/2011 | Review/Download 2010 Comity Case Where Comparable State Law | 1.00 | $300.00 | $0.00 | $300.00 |
| 19/01/2011 | Email to Speqtrum re TRO Hearing and Prelim Inj Hearing on Jan 24 2011 | 0.50 | $300.00 | $0.00 | $150.00 |
| 21/01/2011 | Prepare for Prelim Injunction Hearing 1/24/11 @ Fed Cthouse | 0.00 | $300.00 | $0.00 | $0.00 |
| 21/01/2011 | Prepare for Prelim Injunction Hearing 1/24/11 @ Fed Cthouse | 3.00 | $300.00 | $0.00 | $900.00 |
| 23/01/2011 | Email to Speqtrum re Prelim Injun Hearing Jan 24 2011 | 0.33 | $300.00 | $0.00 | $100.00 |
| 24/01/2011 | Attend Prelim Injunction Hearing at Fed Cthouse | 3.00 | $300.00 | $0.00 | $900.00 |
| 24/01/2011 | Parking re Prelim Injunction Hearing Federal Cthouse | | | $0.00 | $22.00 |
| 24/01/2011 | Travel to/from Prelim Injunction Hearing at Fed Cthouse | 2.00 | $300.00 | $0.00 | $600.00 |
| 30/01/2011 | Review/Download Moose Lodge US Sup Ct Case re Govt Action | 1.00 | $300.00 | $0.00 | $300.00 |
| 01/02/2011 | Lexis and CCH Connection Fees | | | $0.00 | $600.00 |
| 02/02/2011 | ECF Review/Download Govt Motion Clerk's Entry Default w/Attachs | 0.50 | $300.00 | $0.00 | $150.00 |
| 07/02/2011 | ECF Review/Download Order re Partial Grant of Prelim Injunction | 0.25 | $300.00 | $0.00 | $75.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 07/02/2011 | Review ECF Status re Motions Terminated re Default Motion Filed | 0.08 | $300.00 | $0.00 | $25.00 |
| 07/02/2011 | T/C/W/ Mr. Lee re DOJ TRO re Withheld Funds | 0.92 | $300.00 | $0.00 | $275.00 |
| 08/02/2011 | ECF Download/Review Govt Motion Default, Exhibits, Attachs | 0.50 | $300.00 | $0.00 | $150.00 |
| 11/02/2011 | Draft and Revise Answer To Complaint and Exhibits | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 12/02/2011 | Review, Revise and Finalize Answer/Exhibits to Complaint | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 15/02/2011 | Research and Draft Motion To Set Aside Default, Memo In Support,P/A | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 15/02/2011 | Review and Download 1980 Jackson v. Beech Excusable Neglect Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 15/02/2011 | Review and Download 2007 Carpenters v. Freeman re Opp Memo | 1.00 | $300.00 | $0.00 | $300.00 |
| 15/02/2011 | Review/Download Default Set-Aside Case 2010 | 1.00 | $300.00 | $0.00 | $300.00 |
| 16/02/2011 | Draft, Revise and Finalize Motion To Set Aside Default, Declaration | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 16/02/2011 | ECF Filing Motion Set Aside Default With Attachs | 0.17 | $300.00 | $0.00 | $50.00 |
| 16/02/2011 | Review and Download 2006 Default Case for Speqtrum Opp Memo | 1.00 | $300.00 | $0.00 | $300.00 |
| 16/02/2011 | Review and Download 2010 Cheeks v. Ft. Myer Case re Opp Memo | 1.00 | $300.00 | $0.00 | $300.00 |
| 17/02/2011 | ECF Correction re Answer To Complaint, Affidavit, Exhibits | 0.17 | $300.00 | $0.00 | $50.00 |
| 17/02/2011 | ECF Filing Answer To Complaint, Affidavit, Exhibits | 0.17 | $300.00 | $0.00 | $50.00 |
| 17/02/2011 | ECF Revision re Answer To Complaint, Affidavit, Exhibits | 0.17 | $300.00 | $0.00 | $50.00 |
| 20/02/2011 | Research, Draft/Revise Motion To Set Aside Default Judgment | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 21/02/2011 | Draft/Finalize Renewed Motion Vacate Clerk's Entry Default | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 22/02/2011 | ECF Filing Opp To Default, Set Aside Motion, Proposed Order | 0.17 | $300.00 | $0.00 | $50.00 |
| 22/02/2011 | Revise Motion To Vacate Clerk's Entry Default/Opp Memo/Attachs | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 22/02/2011 | T/C/W/ Mr. Lee re DOJ TRO re Withheld Funds | 0.25 | $300.00 | $0.00 | $75.00 |
| 23/02/2011 | ECF Review re Motion To Vacate Default | 0.17 | $300.00 | $0.00 | $50.00 |
| 01/03/2011 | Lexis and CCH Connection Fees | | | $0.00 | $600.00 |
| 03/03/2011 | ECF Review re Govt Opp Memo re Motion Vacate Default et al | 1.00 | $300.00 | $0.00 | $300.00 |
| 03/03/2011 | Email to Speqtrum re Govt Filings | 0.17 | $300.00 | $0.00 | $50.00 |
| 03/03/2011 | Email to Speqtrum re Status of FCA Filings/Motions, Etc. | 0.17 | $300.00 | $0.00 | $50.00 |
| 03/03/2011 | Review ECF Status re Govt Opp Memo | 0.17 | $300.00 | $0.00 | $50.00 |
| 04/03/2011 | Email to Speqtrum re Govt Filings | 0.17 | $300.00 | $0.00 | $50.00 |
| 04/03/2011 | Review ECF re Govt Reply To Opp Memo Default | 0.17 | $300.00 | $0.00 | $50.00 |
| 08/03/2011 | Review 1994 TRO Case Holding Medicaid As Extension of Medicare Program | 1.00 | $300.00 | $0.00 | $300.00 |
| 09/03/2011 | Review and Download 2008 Govt Case Biton | 1.00 | $300.00 | $0.00 | $300.00 |
| 09/03/2011 | Review and Download Govt 1993 Nat' Credit Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 09/03/2011 | Review and Download Govt Keegle Case | 1.00 | $300.00 | $0.00 | $300.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---:|---:|---:|---:|
| 09/03/2011 | Review/Download Govt 2003 Intl Painters Case re Wilful Default | 1.00 | $300.00 | $0.00 | $300.00 |
| 09/03/2011 | Reviiew and Download 2003 Govt Honda Case re Default | 1.00 | $300.00 | $0.00 | $300.00 |
| 09/03/2011 | Reviiew and Download 2005 Govt Capital Yacht Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 09/03/2011 | Reviiew and Download 2009 Case Distinguishing Govt Honda Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 09/03/2011 | Reviiew/Download 2009 Case Distinguished From Govt Biton 2008 | 1.00 | $300.00 | $0.00 | $300.00 |
| 10/03/2011 | ECF File Motion To Extend Reply/Response Time, Proposed Order | 0.17 | $300.00 | $0.00 | $50.00 |
| 10/03/2011 | Research/Draft/Revise/Finalize Motion Extend To File Reply | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 10/03/2011 | Review ECF re Order re Motion To Extend | 0.08 | $300.00 | $0.00 | $25.00 |
| 11/03/2011 | Review and Download Govt 2006 Flynn Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 11/03/2011 | Review and Download U.S. v. Halper, 1989, FCA Double Jeopardy Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 20/03/2011 | Review/Revise/Finalize/Filze Reply To Valdez Motion | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 21/03/2011 | Review/Revise/Finalize/Filze Reply To Valdez Motion | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 30/03/2011 | Email to Speqtrum re FCA Case Status and Pleadings | 0.50 | $300.00 | $0.00 | $150.00 |
| 30/03/2011 | Emails to/from Speqtrum re meeting to review Govt FCA case | 0.00 | $300.00 | $0.00 | $0.00 |
| 30/03/2011 | Emails to/from Speqtrum re meeting to review Govt FCA case | 0.58 | $300.00 | $0.00 | $175.00 |
| 31/03/2011 | Email from Govt re SurReply | 0.08 | $300.00 | $0.00 | $25.00 |
| 31/03/2011 | Email from Speqtrum re Case Status and Settlement Potential | 0.08 | $300.00 | $0.00 | $25.00 |
| 31/03/2011 | Email to Govt re SurReply | 0.08 | $300.00 | $0.00 | $25.00 |
| 01/04/2011 | Lexis and CCH Connection Fees | | | $0.00 | $600.00 |
| 04/05/2011 | T/C /W Ms. Nnawuba re Status | 0.08 | $300.00 | $0.00 | $25.00 |
| 25/05/2011 | T/C Mr. Valdez re Status | 0.08 | $300.00 | $0.00 | $25.00 |
| 13/06/2011 | T/C AUSA Valdez re Status | 0.08 | $300.00 | $0.00 | $25.00 |
| 13/06/2011 | T/C AUSA Valdez re Status | 0.17 | $300.00 | $0.00 | $50.00 |
| 13/06/2011 | T/C AUSA Valdez re Status | 0.67 | $300.00 | $0.00 | $200.00 |
| 20/06/2011 | Attend Initial Scheduling Conference Fed Cthouse | 1.50 | $300.00 | $0.00 | $450.00 |
| 20/06/2011 | Parking re Initial Scheduling Conference Fed Cthouse | | | $0.00 | $22.00 |
| 20/06/2011 | Travel to/from Initial Scheduling Conference Fed Cthouse | 2.00 | $300.00 | $0.00 | $600.00 |
| 21/06/2011 | T/C/w Speqtrum re Remittances and Govt Audit Issues | 1.00 | $300.00 | $0.00 | $300.00 |
| 26/07/2011 | Tel Conf. w/Mr. Wells re Gov't Audit | 0.08 | $300.00 | $0.00 | $25.00 |
| 26/07/2011 | Tel Conf. w/Mr. Wells re Gov't Audit | 0.08 | $300.00 | $0.00 | $25.00 |
| 27/07/2011 | Tel Conf. w/Mr. Wells re Gov't Audit | 0.17 | $300.00 | $0.00 | $50.00 |
| 02/08/2011 | T/C/W Mr. Valdez re Gov't Audit | 0.08 | $300.00 | $0.00 | $25.00 |
| 02/08/2011 | Tel Conf w/ Mr. Wells, Speq. Quality Assur Dir re Govt Audit | 0.08 | $300.00 | $0.00 | $25.00 |
| 02/08/2011 | Tel Conf. w/Mr. Wells re Gov't Audit | 0.08 | $300.00 | $0.00 | $25.00 |
| 02/08/2011 | Tel Conf. w/Mr. Wells re Gov't Audit | 0.08 | $300.00 | $0.00 | $25.00 |
| 15/08/2011 | Attend Settlement Conference Magistrate Facciola Chambers | 2.50 | $300.00 | $0.00 | $750.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 15/08/2011 | Parking re Settlement Conference With Magistrate Facciola Fed Cthouse | | | $0.00 | $22.00 |
| 15/08/2011 | Travel to/from Settlement Conference Magistrate Facciola Chambers | 2.00 | $300.00 | $0.00 | $600.00 |
| 16/08/2011 | Meet w/AUSA Valdez re Settlement Conference and Status | 1.50 | $300.00 | $0.00 | $450.00 |
| 16/08/2011 | Parking at US Atty Office To Retrieve Search Warrant Docs | | | $0.00 | $3.00 |
| 16/08/2011 | Travel to/from AUSA Office, Speqtrum Office To Retrieve/Drop SW Docs | 3.00 | $300.00 | $0.00 | $900.00 |
| 18/08/2011 | Begin Review Of 4680 Medicaid Line Items Identified In FCA Overpayment | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 19/08/2011 | Con't Review Of 4680 Medicaid Line Items Identified In FCA Overpayment | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 20/08/2011 | Continue Review Of 4680 Medicaid Line Items Waiver Claims 2009 | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 21/08/2011 | Begin Review Of 1700 Medicaid Line Items State Plan Claims 2009 | 3.00 | $300.00 | $0.00 | $900.00 |
| 22/08/2011 | Continue Review Of 1700 Medicaid Line Items State Plan Claims 2009 | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 01/09/2011 | Continue Review of FCA Complaint Overpayment Calculations/Evidence | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 01/09/2011 | Lexis and CCH Connection Fees | | | $0.00 | $600.00 |
| 02/09/2011 | Continue Review of FCA Complaint Overpayment Calculations/Evidence | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 03/09/2011 | Continue Review of FCA Complaint Overpayment Calculations/Evidence | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 06/09/2011 | Continue Review of FCA Complaint Overpayment Calculations/Evidence | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 07/09/2011 | Continue Review of FCA Complaint Overpayment Calculations/Evidence | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 08/09/2011 | Continue Review of FCA Complaint Overpayment Calculations/Evidence | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 09/09/2011 | Continue Review of FCA Complaint Overpayment Calculations/Evidence | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 11/09/2011 | Continue Review of FCA Complaint Overpayment Calculations/Evidence | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 11/09/2011 | Meet w/Speqtrum to Review FCA Overpayment Calculations/Evidence | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 12/09/2011 | Research, Draft, Review Motion re Rule 56 Opp to MSJ | 2.00 | $300.00 | $0.00 | $600.00 |
| 12/09/2011 | Revise Draft Third Party Complaint DHCF | 2.00 | $300.00 | $0.00 | $600.00 |
| 15/09/2011 | Review Additional Search Warrant Docs At Speqtrum | 1.00 | $300.00 | $0.00 | $300.00 |
| 23/09/2011 | Review Additional Search Warrant Docs At Speqtrum | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 25/09/2011 | Review Additional Search Warrant Docs At Speqtrum | 2.00 | $300.00 | $0.00 | $600.00 |
| 26/09/2011 | Review Govt Overpayment Calculation/Evidence | 2.00 | $300.00 | $0.00 | $600.00 |
| 30/09/2011 | Research/Draft/Review Opposition To Govt MSJ | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 01/10/2011 | Lexis and CCH Connection Fees | | | $0.00 | $600.00 |
| 01/10/2011 | Research/Draft/Review Opposition To Govt MSJ | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 02/10/2011 | Research/Draft/Review Opposition To Govt MSJ | 4.00 | $300.00 | $0.00 | $1,200.00 |
| 02/10/2011 | Review and Download ADRC Sole Source Grant Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 02/10/2011 | Review and Download OAH Case re Grant vs Contract re ADRC | 1.00 | $300.00 | $0.00 | $300.00 |

| Date | Description | Hours | Rate | Tax | Total |
|---|---|---|---|---|---|
| 03/10/2011 | Research/Draft/Review Opposition To Govt MSJ | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 04/10/2011 | Research/Draft/Review Opposition To Govt MSJ | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 06/10/2011 | Research/Draft/Review Opposition To Govt MSJ | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 10/10/2011 | T/C/ Mr. Wells re Status | 0.25 | $300.00 | $0.00 | $75.00 |
| 11/10/2011 | T/C/ Speqtrum re Status | 0.33 | $300.00 | $0.00 | $100.00 |
| 19/10/2011 | Email Speqtrum re Speqtrum Settlement Negotiations | 0.25 | $300.00 | $0.00 | $75.00 |
| 19/10/2011 | Review Rule 56 Caselaw re MSJ Pleadings | 1.00 | $300.00 | $0.00 | $300.00 |
| 19/10/2011 | T/C Govt re Speqtrum Settlement Negotiations | 0.50 | $300.00 | $0.00 | $150.00 |
| 20/10/2011 | T/C Mr. Valdez re Status Settlement Negotiations | 0.25 | $300.00 | $0.00 | $75.00 |
| 20/10/2011 | T/C Mr. Valdez re Status Settlement Negotiations | 0.33 | $300.00 | $0.00 | $100.00 |
| 21/10/2011 | Research Accord/Satisfaction Law Generally re DC/Feds Medicaid | 2.00 | $300.00 | $0.00 | $600.00 |
| 21/10/2011 | Review Speqtrum O/P Documents Downloaded From ACS 2009 | 1.00 | $300.00 | $0.00 | $300.00 |
| 21/10/2011 | T/C Mr. Valdez re Status Settlement Negotiations | 0.25 | $300.00 | $0.00 | $75.00 |
| 24/10/2011 | Research Accord/Satisfaction Law Generally re DC Local Antideficiency | 1.00 | $300.00 | $0.00 | $300.00 |
| 24/10/2011 | T/C Mr. Valdez re Status Settlement Negotiations | 0.25 | $300.00 | $0.00 | $75.00 |
| 24/10/2011 | T/C Mr. Valdez re Status Settlement Negotiations | 0.25 | $300.00 | $0.00 | $75.00 |
| 24/10/2011 | T/C/ Speqtrum re Status | 1.50 | $300.00 | $0.00 | $450.00 |
| 25/10/2011 | T/C/ Govt re Status | 0.08 | $300.00 | $0.00 | $25.00 |
| 26/10/2011 | Review and Download 2011 Case re Accord and Satisfaction MSJ Case | 1.00 | $300.00 | $0.00 | $300.00 |
| 26/10/2011 | T/C Mr. Valdez re Status Settlement Negotiations | 0.50 | $300.00 | $0.00 | $150.00 |
| 26/10/2011 | T/C/ Speqtrum re Settlement Negotiations, Status, and Plan Forward | 2.00 | $300.00 | $0.00 | $600.00 |
| 27/10/2011 | T/Calls to DHCF re Location of Speqtrum Funds For Settlement | 1.00 | $300.00 | $0.00 | $300.00 |
| 31/10/2011 | T/C/ Speqtrum re Status | 0.25 | $300.00 | $0.00 | $75.00 |
| 01/11/2011 | Lexis and CCH Connection Fees | | | $0.00 | $600.00 |
| 01/11/2011 | T/Cs Govt re Settlement Status | 0.25 | $300.00 | $0.00 | $75.00 |
| 02/11/2011 | T/Cs Govt re Settlement Status | 1.00 | $300.00 | $0.00 | $300.00 |
| 03/11/2011 | T/C/ Speqtrum re Status | 1.00 | $300.00 | $0.00 | $300.00 |
| 03/11/2011 | T/Cs Govt re Settlement Status | 0.50 | $300.00 | $0.00 | $150.00 |
| 05/11/2011 | Review and Download 1999 Case re Accord and Satisfaction | 1.00 | $300.00 | $0.00 | $300.00 |
| 14/11/2011 | Review/Revise SurReply/Response To Reply MSJ | 8.00 | $300.00 | $0.00 | $2,400.00 |
| 18/11/2011 | Review and Download 1954 D.C. Case re Settlment Enforceability | 1.00 | $300.00 | $0.00 | $300.00 |
| 21/11/2011 | Review and Download 1954 D.C. Case re Oral Agreements Enforceability | 1.00 | $300.00 | $0.00 | $300.00 |
| 22/11/2011 | Reviiew and Download 2010 Case re Interest on $5 Million Withholding | 1.00 | $300.00 | $0.00 | $300.00 |
| 01/12/2011 | Lexis and CCH Connection Fees | | | $0.00 | $0.00 |
| 09/01/2012 | Prepare For Status Conference Jan 10, 2012 | 2.00 | $300.00 | $0.00 | $600.00 |
| | **Amount Due** | 317.14 | | | **$99,485.00** |

Please Make Checks Payable To "Grant Law Office" (EIN 27-3697684)
Thank You For Your Engagement